*et al.,*

RECEIVED

2006 APR 18  A 9: 54

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA

PRISONER COMPLAINT [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

Robert Taylor
Name under which you
were convicted

130155
Your prison number

vs.

Susan F. Wilson
Name of Defendant(s)

2:06cv357·MEF

CIVIL ACTION NO. 2:04-CV-685-T
(To be supplied by Clerk of Court)

P.O. Box 150 MT. Meigs AL, 36057
Place of Confinement and Address

### INSTRUCTIONS - READ CAREFULLY

A.  Complaint Form.  You must file your original complaint and a
copy for each named Defendant.  Your complaint must be clearly
handwritten or typewritten.  Do not use the back of a page.  Your
complaint must be signed by you; no notary is required.  Any
false statement of material fact may serve as the basis for
prosecution for perjury.

B.  Proper Court.  Your complaint can only be brought in this
Court if a defendant is located in the Southern District of
Alabama and the rest of the defendants are located in Alabama or
if your claim arose in this district.  The Southern District of
Alabama is comprised of the following counties:  Baldwin, Clarke,
Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile,
Monroe, Perry, Washington, and Wilcox.

C.  Separate Case.  It is necessary to file a separate complaint
form for each claim unless the claims are related to the same
incident or issue.

Revised 6/3/96

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

E. <u>Pleading the Complaint</u>. Your complaint <u>should</u> <u>not</u> contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to each defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>. This complaint cannot be properly filed unless it is accompanied by the $150.00 filing fee or a motion to proceed without prepayment of fees and costs if you are unable to afford the filing fee and other costs associated with prosecuting this action.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees and Costs" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $150.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>. All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten. Every document filed after the complaint must have the style of the case and the <u>docket number</u>. Every pleading must be signed by you and must contain your address and telephone number, if any;

otherwise, the pleading will be stricken.  See Fed. R. Civ. P. 11(a).  No notary is required.

H.  Certificate of Service.  Each pleading filed after the complaint must contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent.  A pleading will be stricken if it does not contain this certificate of service.  See Fed. R. Civ. P. 5.

I.  Copies.  This Court will not make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J.  Form of Pleadings.  Do not write letters to the Court.  All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K.  No Evidence.  No evidence shall be sent to the Court for filing or storing.


I.  PREVIOUS LAWSUITS.

A.  Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action: Yes  ( ✓ )    No  (  )

B.  Have you filed other lawsuits in state or federal court relating to your imprisonment:  Yes  ( ✓ )    No  (  )

C.  If your answer to questions A or B above is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

1.  Parties to this previous lawsuit:

Plaintiffs:  _Robert Taylor_

_____

Defendants:  _Susan F. Wilson_

_____  _Cv-897-A_

2.  Court (if federal court, name the district; if state court, name the county):  _Federal  Mobile County_

3.  Docket Number:  _2:04-CV-685-T ( 2:05-cv-02418 RRA_

4.  Were you granted the opportunity to proceed without payment of filing fees?  Yes (  )    No ( ✓ )

3

5.   Name of judge to whom the case was assigned: _____

_____ Judge Black _____

6.   If your case is no longer pending and has been dismissed, state the reason given by the Court as to why   your case was dismissed, i.e., frivolous, malicious, failed    to state a claim, defendants were immune, etc.: 15/02No2002844

_____ Lack of evidence SS 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 _____

_____ Paul D. Brown (251) 438-4693 Raymond A. Pearson _____

_____ Peggy R. Nikolakis (251) 342-2769 _____

7.   Approximate date of filing lawsuit:  8 october 2004

8.   Approximate date of ruling by court:  Feb. 1 200p

## II.   YOUR PRESENT COMPLAINT.

A.   Place or institution where action complained of occurred:

_____ Lime stone _____

B.   Date it occurred: _____ Step 8 2005 _____

C.   Is there a prisoner grievance procedure in this institution?

_____ kilby _____

D.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?  Yes ( ✓ )   No ( )

E.   If your answer is YES:

1.   What steps did you take?  I was receiving my mail
_____ from the clerk _____

2.   What was the result?  Someone took my transcript
An Someone Using it Against me, File a FBI report on me
F.   If your answer is No, explain why not: destroying my prison institution file _____

_____

G.   Your claim (briefly explain your claim:  what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary): _____

4

I was Limestone   I have lawsuit Against them
I was sent back to the same camp   I was in danger
from Another Inmate  An they put us at the same camp
I Afraid if I go back to that camp my life is endanger
The staff member knew that this was going on
They know a inmate was messing with my mail
and someone got ahold to my law paper the lawsuit
Warden Mitchell he sent for me to go back to
limestone ,  He knew all this was going
Sayin I tried fake my transfirm Captin Wallace
I have some family missing they was writting me
but my mail lost  my Home Adress 370 Laurel Dr
Satsuma Al 36572  I don't know if someone
send sending my home or not . Is it come to prison
I file A rule 26.12 and I didn't receive
CC 81-1951 , CC 83-3019, CC 83-3020, CC 83-3021
CC 01-3046, CC 02-0445  I was sentence
April 29 2002  I need my record for I
proof of my time  they have parol mess up
They got me serving 30 yeas instead give me goodtime

## III.   PARTIES.

A.  **Plaintiff**  (Your name/AIS):  130155

   Your present address:  P.O. Box 150 Mt Megis AL 36057 .

B.  **Defendant(s):**

1.  Defendant (full name)  0 Suzanne F. Wilson is employed
    as  Clerk    . at  Mobile county jail    .

His/her present address is _205 Goverment St Mobile, AL 36644_

(a)  Claim against this defendant: _My record Are been releast to people I dont know in prison_.

(b)  Supporting facts (Include date/location of incident): _They brought up PSI report on me stopping me from work releast_

2.  Defendant (full name) _____ is employed

as _____ at _____.

His/her present address is _____.

(a)  Claim against this defendant: _____

_____.

(b)  Supporting facts  (Include date/location of incident):

_____

_____

_____

3.  Defendant (full name) _____ is employed

as _____ at _____.

His/her present address is _____.

(a)  Claim against this defendant: _____

_____.

(b)  Supporting facts  (Include date/location of incident):

_____

_____

_____

6

C. <u>Additional Defendants</u>: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV.  A.  You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: ___Mobile County Jail_____

_____.

2. When were you convicted? ___April 29 2002___

3. What is the term of your sentence? __15yr split 6 months 10 yrs time serve 15 yrs CS__

4. When did you start serving this sentence? __Dec. 2003__

5. Do you have any other convictions which form the basis of a future sentence?    Yes ( )    No ( ✓ )
If so, complete the following:

(a)  Date of conviction: _____N/A_____

(b)  Term of sentence: _____N/A_____

6. What is your expected end of sentence (E.O.S.) date?
__1/12/2011__

B.  If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes(✓) no( ) | yes(✓) no( ) |
| Expunged | yes(✓) no( ) | yes(✓) no( ) |
| Invalidated | yes(✓) no( ) | yes(✓) no( ) |
| Writ of habeas corpus granted | yes( ) no(✓) | yes( ) no(✓) |

C.  If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: Mobile County Cvrit Clerk

_____

V.  State <u>briefly</u> exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):
__Reward me with $90,000 daller E&AL__
I would to have money for the Bank
Every month I would like to talk to
A lawyer 20,000 A month on my Books

Date _____    (Signature of Plaintiff Under

_____

_____

**VI.   AFFIRMATION.**   By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

3-26-06
_____
Date

Robert Taylor
_____
(Signature of Plaintiff Under Penalty of Perjury)

P.O. Box 150 MT Megis, AL 36057
_____
Current Mailing Address

_____

(334) 353-3888 or (334) 353-3885
_____
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.