IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT TAYLOR, #130155, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:06-cv-357-MEF |
| | ) |
| SUSAN F. WILSON, | )         (WO) |
| | ) |
| Defendant. | ) |

**ORDER**

On 24 April 2006, the Magistrate Judge filed a Recommendation (Doc. #2) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED, ADJUDGED AND DECREED that:

1. The Recommendation be and is hereby ADOPTED; and

2. This case be TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

Done this the 9th day of May, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE